FILED
U.S. [illegible] COURT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKY JOHNSON (#475625)

VERSUS

CHAD LEE, ET AL

CIVIL ACTION

NO. 08-261-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 25, 2008 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 2nd day of October, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE